# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133096

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                     SC:    133096
                                                      CoA:  271850
ERIC BRADFORD MAYS,                                   Saginaw CC: 01-019728-FH
        Defendant-Appellant.
_____

        On order of the Chief Justice, it appearing that defendant-appellant has neither paid the entry fee as provided in MCR 7.319(B)(7) nor made a motion for waiver of the fee, the application for leave to appeal is DISMISSED with prejudice.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2007                          _____
                                                      Clerk